IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS SAN ANTONIO DIVISION

FILED
NOV - 6 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) CRIMINAL NO.: SA19CR0797 FB |
| v. | ) **COUNT 1:** 21:846, 841(a)(1) & |
| | ) 841(b)(1)(A)(viii) - Conspiracy to Possess |
| JOSE ANGEL HERNANDEZ, | ) Methamphetamine with Intent to Distribute; |
| | ) **COUNT 2:** 21:841(a)(1) & |
| Defendant. | ) 841(b)(1)(A)(viii) - Possession with Intent |
| | ) to Distribute Methamphetamine. |
| | ) |

THE GRAND JURY CHARGES:

### COUNT ONE

(21 U.S.C. §§ 846, & 841(a)(1) &
841(b)(1)(A)(viii))

That on or about October 3, 2019, in the Western District of Texas, Defendant,

**JOSE ANGEL HERNANDEZ**

knowingly, intentionally, and unlawfully conspired, combined, confederated and agreed with others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved methamphetamine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Section 841(a)(1) in the quantities set forth below:

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

1

The quantity of methamphetamine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| **JOSE ANGEL HERNANDEZ** | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine | 21:846, 841(a)(1) & 841(b)(1)(A)(viii) |

All in violation of Title 21, United States Code, Sections 846.

Before the defendant committed the offense charged in this count, the defendant was convicted of Importation of Methamphetamine, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT TWO

(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii))

That on or about October 3, 2019, in the Western District of Texas, Defendant,

**JOSE ANGEL HERNANDEZ,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

Before the defendant committed the offense charged in this count, the defendant was convicted of Importation of Methamphetamine, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term

of imprisonment related to that offense within 15 years of the commencement of the instant offense.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

John F. Bash
United States Attorney

BY: _____
Daphne D. Newaz
Assistant United States Attorney

3