# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: SA:19-CR-00797(1)-FB |
| | § | |
| (1) Jose Angel Hernandez | § | |

## ORDER TO TRANSFER

The above-named and numbered case is transferred from the docket of U.S. District Judge Fred Biery to the docket of Chief U.S. District Judge Orlando L Garcia, both judges having consented to the transfer.

It is therefore ORDERED that the above-named and numbered case is hereby TRANSFERRED to the docket of Chief U.S. District Judge Orlando L. Garcia. Pursuant to the Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge. All Orders shall remain in effect unless otherwise ordered by Judge Yeakel.

IT IS SO ORDERED.

SIGNED THIS 18th day of November, 2019.

FRED BIERY
UNITED STATES DISTRICT JUDGE