**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS** | § | **CAUSE NO: 5:19-CR-00797-OLG-1** |
| | § | |
| **JOSE ANGEL HERNANDEZ** | § | |

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes JOSE ANGEL HERNANDEZ, Defendant, in the above-entitled and numbered cause and moves this Court to allow the substitution of MARTIN M. GUERRA, practicing attorney licensed to practice law in the Federal Courts of the State of Texas in the place and stead of ALEX J. SCHARFF likewise practicing attorney licensed to practice law in the Federal Courts of the State of Texas, as attorney for the above-named Defendant in this cause. In support of this motion, the Defendant would show unto the Court as follows:

I.

The Honorable ALEX J. SCHARFF has been established as Counsel in the above-entitled and numbered cause.

II.

ALEX J. SCHARFF has previously filed a notice of appearance as retained counsel. ALEX J. SCHARFF filed said motion at a time when he was in employed by the Law Offices of Alan Brown as counsel in this matter. As of January 01, 2020, ALEX J. SCHARFF is no longer employed at the Law Offices of Alan Brown.

III.

JOSE ANGEL HERNANDEZ is a client of the firm, The Law Offices of Alan Brown. MARTIN M. GUERRA wishes to proceed with the representation of JOSE ANGEL HERNANDEZ, now that ALEX J. SCHARFF has left the firm and is no longer employed with the Law Offices of Alan Brown.

IV.

For the above and foregoing reasons, it is respectfully urged that the instant Motion be granted and that MARTIN M. GUERRA, replace ALEX J. SCHARFF as retained counsel for client, JOSE ANGEL HERNANDEZ, in the above-styled and numbered cause.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that this Court permit the substitution of counsel as requested above in this cause.

Respectfully submitted,

LAW OFFICES OF ALAN BROWN
222 MAIN PLAZA
SAN ANTONIO, TEXAS 78205
(210) 227-5103 (O)
(210) 225-2481 (FAX)
federal@alanbrownlawoffices.com

/S/
MARTIN M. GUERRA
BAR NO. 24007285

ALAN BROWN
BAR NO. 03090000

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of May 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| U.S. Attorney's Office<br>601 NW Loop 410, Suite 600<br>San Antonio, Texas 78216 | _____/S/_____<br>MARTIN M. GUERRA<br>BAR NO. 24007285 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| VS | § | **CAUSE NO: 5:19-CR-00797-OLG-1** |
| | § | |
| **JOSE ANGEL HERNANDEZ** | § | |

## ORDER

On this date came to be considered Defendant's Motion for Substitution of Counsel. After consideration of same, the Court is of this opinion that said Notice is hereby

(GRANTED)     (DENIED).

IT IS HEREBY FURTHER ORDERED THAT: _____

_____

_____

SIGNED and ENTERED on this the _____ day of _____, 2020.

_____
DISTRICT JUDGE