UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | § § § | |
| vs. | § § | No.: SA:19-CR-00797(1)-OLG |
| (1) JOSE ANGEL HERNANDEZ<br>*Defendant* | § § | |

## ORDER SETTING MOTION HEARING - IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **03:00 PM, in Courtroom A**, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX on **Thursday, February 17, 2022.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to Defendant, counsel for Defendant, the United States Attorney, U.S. Pretrial Services, and the United States Probation Office. Further, counsel for Defendant shall notify the defendant of this setting. If the defendant is on bond, Defendant shall be present for the hearing.

**IT IS SO ORDERED** this **8th day of February, 2022.**

**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**

MOTION FOR LAFLER/FRYE HEARING (DOC #88)