**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| VS | § | **CAUSE NO: 5:19-CR-00797-OLG-1** |
| | § | |
| **JOSE ANGEL HERNANDEZ** | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE, WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

Now comes JOSE ANGEL HERNANDEZ Defendant in the above-entitled and numbered cause, by and through the undersigned Counsel, and files this unopposed motion for continuance, and in support of such motion, shows the following:

I.

This cause is presently set for Sentencing on June 30, 2022

II.

Counsel needs additional time review the PSR with the defendant. Additionally, Counsel is continuing to confer with the government on this case.

III.

The undersigned is respectfully requesting a continuance of thirty (30) days in order to exercise the right to effective assistance of counsel as guaranteed by the 6th Amendment to the United States Constitution.

IV.

Assistant United States Attorney Daphne Newaz does not oppose counsel's request for a continuance.

## V.

Counsel assures the Court this motion is not made for the purpose of delay but rather in the interest of justice.

**WHEREFORE, PREMISES CONSIDERED**, the defendant prays the Court continue this cause for at least thirty (30) days.

Respectfully submitted,

LAW OFFICES OF ALAN BROWN
222 MAIN PLAZA
SAN ANTONIO, TEXAS 78205
(210) 227-5103 (O)
(210) 225-2481 (FAX)
federal@alanbrownlawoffices.com

_____/S/_____.
ALAN BROWN
BAR NO. 03090000

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June 2022, I electronically filed the foregoing with the Clerk of Court using the CE/ECF system which will send notification of such filing to the following:

U.S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

_____/S/_____.
ALAN BROWN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § § | |
| **VS** | § § | **CAUSE NO: 5:19-CR-00797-OLG-1** |
| **JOSE ANGEL HERNANDEZ** | § | |

**O R D E R**

On this the _____ day of _____, 2022, came on to be considered Defendant's Unopposed Motion for Continuance, and it appears to the Court that this Motion should be

GRANTED          DENIED

IT IS HEREBY FURTHER ORDERED: _____

_____

_____

SIGNED and ENTERED on this the _____day of _____, 2022.

_____
U.S. DISTRICT JUDGE