UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO:  SA:19-CR-00797(1)-OLG |
| (1) JOSE ANGEL HERNANDEZ | § § | |

### *O R D E R*

On this day came on to be considered Defendant's Unopposed Motion to Continue Sentencing scheduled for **Thursday, June 30, 2022**.  Upon consideration, the Court is of the opinion that the motion should be granted.

It is hereby ORDERED that Defendant's Unopposed Motion to Continue Sentencing **(Doc. No. 105)** is GRANTED.

It is FURTHER ORDERED that the above entitled and numbered cause is rescheduled for **Sentencing on Thursday, August 11, 2022 at 9:30 a.m.** in Courtroom C, Second Floor of the United States Courthouse, 262 W. Nueva Street., San Antonio, Texas.

Signed this 29th day of June, 2022.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE